IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

_____

No. 23-3256

_____

UNITED STATES OF AMERICA,

Plaintiff – Appellee

v.

JAMOND M. RUSH,

Defendant – Appellant

_____

On Appeal from the
United States District Court
for the Southern District of Illinois
Cause No. 4:22-cr-40008-JPG-1
The Honorable J. Phil Gilbert

---

## MOTION TO WITHDRAW AS COUNSEL FOR APPELLANT

---

COMES NOW, the undersigned attorney, and pursuant to Circuit Rule 3, hereby requests that the Court allow him to withdraw his appearance as co-counsel for Appellant Jamond M. Rush.  Attorney Talmage E. Newton, IV of Newton Barth, LLP remains as lead counsel and counsel of record for Appellant..

Respectfully submitted,

**NEWTON BARTH, L.L.P.**

By:    /s/ *Steven S. Hoffmann*
           Talmage E. Newton IV, ARDC6305302
           Steven S. Hoffmann, 74445 MO
           555 Washington Ave., Ste. 420
           St. Louis, Missouri 63101
           Telephone:   (314) 272-4490
           Facsimile:   (314) 762-6710
           tnewton@newtonbarth.com
           steven@newtonbarth.com
           *ATTORNEYS FOR APPELLANT*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 24th day of September 2024, this Motion to Withdraw as Counsel for Appellant was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

/s/ *Steven S. Hoffmann*
Steven S. Hoffmann, 74445 MO